UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SCHWAB INVESTMENTS; et al.,<br><br>        Defendants - Appellees. | No. 11-17187<br><br>D.C. No. 5:08-cv-04119-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered March 09, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                          FOR THE COURT:
                                          Molly C. Dwyer
                                          Clerk of Court

                                          Margoth Turcios
                                          Deputy Clerk