# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 29, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Schwab Investments, et al.
v. Northstar Financial Advisors, Inc.
No. 15-134
(Your No. 11-17187)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 27, 2015 and placed on the docket July 29, 2015 as No. 15-134.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst